

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00127-CV

IN THE INTEREST OF C.G. AND F.L.-N.C., AKA F.C., CHILDREN

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B40251-1503, Honorable Kregg Hukill, Presiding

April 25, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, A.I.F.,[1] filed notice of appeal of the trial court's order terminating her parental rights to C.G. and F.L.-N.C. Pending before the Court is appellant's motion to dismiss her appeal. The motion includes a certificate of conference indicating the Texas Department of Family and Protective Services and the attorney ad litem for the children do not oppose the motion. The motion to dismiss is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).

---

[1] See TEX. R. APP. P. 9.8 (protection of minor's identity in parental-rights termination cases).

Having dismissed the appeal at appellant's request, we will not entertain a motion for rehearing and our mandate will issue forthwith. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1).


James T. Campbell
Justice